NOT FOR PUBLICATION							CLOSED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| DESMOND WITHERSPOON, | : | |
| | : | **Civil Action No. 15-0132 (SRC)** |
| Plaintiff, | : | |
| v. | : | |
| | : | **OPINION** |
| AIR JET CHARTER.COM, | : | |
| | : | |
| Defendant. | : | |

**CHESLER**, District Judge

     This matter comes before the Court on the application filed by Plaintiff Desmond Witherspoon to proceed in forma pauperis without fees under 28 U.S.C. § 1915.  The Court finds that Plaintiff qualifies for in forma pauperis status, yet his Complaint will be dismissed.  The Court must examine Plaintiff's claim and dismiss it if frivolous or legally insufficient.  28 U.S.C. § 1915(e)(2).  Here, Plaintiff demands "lifetime travel" from Airjetcharter.com located in West New York, NJ, for a cause of action "Limitation of Actions – Tolling 19.86.120."  No further information is provided.  As such, Plaintiff has failed to state a basis for federal subject matter jurisdiction and has failed to state a facially plausible claim for relief.  For the reasons provided in the Opinion for Civil Action No. 14-6296, Plaintiff is on notice that he may be sanctioned if he continues to file unsubstantiated and repetitive lawsuits.  An appropriate Order will be filed.

                                                         s/Stanley R. Chesler
                                                        STANLEY R. CHESLER
                                                        United States District Judge

Dated:  January 21, 2015